UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )<br>)   3:09-md-02100-DRH-PMF<br>)<br>)   MDL No. 2100<br>) |

**This Document Relates To:**

| | |
|---|---|
| *Donella Power v. Bayer Corporation, et al.* | No. 3:10-cv-11102-DRH-PMF |
| *Amanda Mattingly v. Bayer Corporation, et al.* | No. 3:10-cv-11526-DRH-PMF |
| *Tamera L. Ashmore v. Bayer Corporation, et al.* | No. 3:10-cv-11587-DRH-PMF |
| *Julia C. Barnett v. Bayer Corporation, et al.* | No. 3:10-cv-11635-DRH-PMF |
| *Paula Masoud v. Bayer Corporation, et al.* | No. 3:10-cv-11637-DRH-PMF |
| *Stacey L. Williams v. Bayer Corporation, et al.* | No. 3:10-cv-11779-DRH-PMF |
| *Deborah Phillips v. Bayer Corporation, et al.* | No. 3:10-cv-11780-DRH-PMF |
| *Kelly Groves v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-12358-DRH-PMF |
| *Kelly Koerner v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 3:10-cv-13570-DRH-PMF |
| *Carolyn Gardner v. Bayer Corporation, et al.* | No. 3:10-cv-20074-DRH-PMF |
| *Janet O'Hare v. Bayer Corporation, et al.* | No. 3:11-cv-12005-DRH-PMF |
| *Jennifer Myers v. Bayer Corporation, et al.* | No. 3:11-cv-12384-DRH-PMF |
| *Patra Brodie v. Bayer Corporation, et al.* | No. 3:12-cv-10012-DRH-PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

2

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on December 18, 2012, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                         **NANCY J. ROSENSTENGEL,**
                                         **CLERK OF COURT**

                                         **BY:** /s/*Sara Jennings*
                                                  **Deputy Clerk**

Dated: December 19, 2012

Digitally signed by David R. Herndon
Date: 2012.12.19 17:00:11 -06'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT

2